E-FILED-1/20/16

JS-6

CHRIS C. SCHEITHAUER (SBN #184798)
Email: cscheithauer@mwe.com
McDERMOTT WILL & EMERY LLP
4 Park Plaza, Suite 1700
Irvine, CA 92614-2559
Telephone: +1 949 851 0633
Facsimile: +1 949 851 9348

Attorneys for Defendants and Counterclaimants
NORTHROP GRUMMAN SPACE &
MISSION SYSTEMS CORP. SALARIED
PENSION PLAN, ADMINISTRATIVE
COMMITTEE, NORTHROP GRUMMAN
SPACE & MISSION SYSTEMS SALARIED
PENSION PLAN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GERRIT LEGRAND, an individual,<br>　　　　　　Plaintiff,<br>　　v.<br>NORTHROP GRUMMAN SPACE & MISSION SYSTEMS CORP. SALARIED PENSION PLAN, an ERISA Plan; ADMINISTRATIVE COMMITTEE, NORTHROP GRUMMAN SPACE & MISSION SYSTEMS SALARIED PENSION PLAN, Plan Administrator of ERISA Plan,<br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | CASE NO.: 14-CV-08121-PSG-JC<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Ctrm. Of the Hon. Philip S. Gutierrez] |

[Proposed] Judgment

14-CV-08121-PSG-JC

1  The Court, having granted the Motion for Summary Judgment filed by
2  Defendants and Counterclaimants NORTHROP GRUMMAN SPACE & MISSION
3  SYSTEMS CORP. SALARIED PENSION PLAN, ADMINISTRATIVE
4  COMMITTEE, NORTHROP GRUMMAN SPACE & MISSION SYSTEMS
5  SALARIED PENSION PLAN (collectively "Northrop") based on its determination
6  that there was no genuine issue as to any material fact and that (a) Defendants are
7  entitled to judgment as a matter of law on all claims for relief against them by
8  Plaintiff Gerrit LeGrand ("LeGrand") and (b) Defendants are entitled to judgment
9  as a matter of law as to all their counterclaims against LeGrand, and a written
10 decision having been duly rendered,

11  IT IS NOW, TEHREFORE, HEREBY ORDERED, ADJUDGED AND
12 DECREED, that judgment is entered in this action as follows:

13  1. LeGrand shall recover nothing from any of the Defendants;

14  2. Defendants are entitled to recover $194,288.35 from LeGrand, which
15 monies may be recovered, at Defendants' election, either through direct payment by
16 LeGrand or through Defendants offsetting future pension payments to LeGrand;

17  3. Defendants shall have judgment entered in their favor on both LeGrand's
18 action and on the counterclaim.

19  The Clerk is ordered to enter this Judgment.

21  Dated: 1/20/16

PHILIP S. GUTIERREZ
The Hon. Philip S. Gutierrez
United States District Judge

[Proposed] Judgment

14-CV-08121-PSG-JC

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
IRVINE